1    <u>**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**</u>

2

3    Name **ZACARIAS    MICHAEL    V.**

4        (Last)            (First)            (Initial)

5    Prisoner Number **T-48382**

6    Institutional Address **P.O.BOX 705 WA-212**

7                **SOLEDAD CA 93960-0705**

8    ===================================================================

9                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11   **MICHAEL V.ZACARIAS**
     (Enter the full name of plaintiff in this action.)                        **CV 08 ! 2258**

12                    vs.                         )    Case No. _____
         **MR.KESSLER**                          )    (To be provided by the clerk of court)
13       **CTF PRISON**                          )
         **B.CURRY**                             )    **COMPLAINT UNDER THE**
14       **W.COHEN**                             )    **CIVIL RIGHTS ACT,**
         **G.ORTIZ**                             )    **42 U.S.C §§ 1983**
15       **J.L.SARELI**                          )                                **(PR)**
         **A.E.ROBERTS**                         )
16       **J.STENNER**                           )
         (Enter the full name of the defendant(s) in this action)             )
17                                               )

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.    Exhaustion of Administrative Remedies

20        [**Note:** You must exhaust your administrative remedies before your claim can go

21        forward. The court will dismiss any unexhausted claims.]

22        A.    Place of present confinement **SOLEDAD STATE PRISON CTF**

23        B.    Is there a grievance procedure in this institution?

24                    YES (x)        NO ( )

25        C.    Did you present the facts in your complaint for review through the grievance

26              procedure?

27                    YES(x)        NO ( )

28        D.    If your answer is YES, list the appeal number and the date and result of the appeal at

     COMPLAINT                         - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal __I SENT IT OUT AND IT NEVER CAME__
   __BACK. DATE SENT OUT 1-6-08.__

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES ( )        NO (X)

F.    If you did not present your claim for review through the grievance procedure, explain

why. __THEY FAILED TO FOLLOW THE RULES AND THEY JUST DONT CARE.__
__AND THEY DELAY DUE PROCESS.,OR THEY JUST THROWⁿ THEM AWAY.__

II.    Parties

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

__MICHAEL V. ZACARIAS T-48382__
__P.O. BOX 705 WA-212__
__SOLEDAD CA. 93960__

B.    Write the full name of each defendant, his or her official position, and his or her place of

employment.

__MR. KESSLER   PRINCIPAL CTF NORTH EDUCTION__
__B.CURRY WARDEN CTF PRISON SOLEDAD__
__W.COHEN CHIEF DEPUTY WARDEN(NORTH)CTF PRISON__
__G.ORTIZ ASSOCIATE WARDEN(CTF-NORTH)__

COMPLAINT                          - 2 -

J.LSARELI FACILITY CAPTAIN(CTF-north UNIT VI)
A.E.ROBERTS CORRECTIONAL CAPTAIN, (CTF-NORTH)
J.STENNER LIBRARY STAFF CTF-NORTH

Page 3 of 8

1

2

3

4   III.   Statement of Claim

5   State here as briefly as possible the facts of your case. Be sure to describe how each

6 defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any

7 cases or statutes. If you have more than one claim, each claim should be set forth in a separate

8 numbered paragraph.

9 ~~MR.KESSLER VICE PRINCIPAL (CTF-NORTH) DIDNOT GIVE ME ARESPONSE BACK~~

10 B.B.CURRY WARDEN (CTF-PRISON) DID NOT DO ANYTHING TO RESOLVE THE PROBLEM

11 W.COHEN CHIEF DEPUTY WARDEN (CTF-NORTH) HES LIKE THE REST OF THEM AND ~~JUST TURNS HIS HEAD THE OTHER WAY AND HAS NOT RESOLVE THIS ONGOING PROBLEM~~

12 G.ORTIZ ASSOCIATE WARDEN(CTF-NORTH) HES LIKE THE REST,TURNS HIS HEAD THE AND LOOKS THE OTHER WAY,HAS NOT DONE ANYTHING TO RESOLVE THIS PROBLEM.

13 J.L.SARELI FACILITY CAPTAIN(CTF-NORTH,UNIT VI) HE DONT CARE ABOUT ANYTHING HE KNOWS ABOUT THIS PROBLEM SINCE DAY ONE AND NOTHING HAS BEEN DONE ABOUT

14 IT.

15 A.E.ROBERTS CORRECTIONAL CAPTAIN(CTF-NORTH) HES LIKE THE REST AND JUST ~~GIVES US THE RUNAROUND AND HAS NOT SOLVED THIS ONGOING PROBLEM.~~

16 J.STENNER LIBRARY STAFF(CTF-NORTH)SHE DOES NOTHING BUT VIOLATES THE DUE-PROCESS RIGHT. IN NOT LETTING ME COME TO THE LEGAL LIBRARY SO I COULD DO

17 MY LEGAL WORK.

18

19

20

21

22   IV.   Relief

23   Your complaint cannot go forward unless you request specific relief. State briefly exactly what

24 you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25 TO BRING THESES PEOPLE TO COURT SO I COULD PROSECUTE THEM ON CORRUPTION CHARGES.,AND OTHER THINGS.,WHICH I WILL BRING UP LATER IN COURT.

26

27

28

COMPLAINT        - 3 -

1

2

3

4      I declare under penalty of perjury that the foregoing is true and correct.

5

6      Signed this _27_ day of _APRIL_, 20 08

7

8

9                              (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                          - 4 -

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, **MICHAEL V. ZACARIAS    #T48382**_____, declare:

I am over 18 years of age and a party to this action. I am a resident of **ctf -PRISON**

**SOLEDAD WA-212**_____Prison,

in the county of _____**monterey**_____,

State of California. My prison address is: **P.O.BOX 705    wa 212**_____,
            **SOLEDAD CA 93960-0705**

On_____4.27.08_____,
            (DATE)

I served the attached: ___**LEGAL MAIL TO (CO)** K. ᴅ _____ AT 10:20
**UNITED STATE DISTRICT COURT    NORTHERN DISTRICT OF CALIFORNIA**
            **1983    COMPLAINT**
            (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on __4.27.08__            _____
        (DATE)                (DECLARANT'S SIGNATURE)

DEAR COURTS

IM WRITING YOU DUE TO THE FACT THAT IM TAKING THIS MATTER TO COURT AND I HOPE THAT YOU

RECEIVED ALL THE PAPER WORK THAT I SENT YOU. I HOPE TO HEAR FORM YOU SOON THAT YOU GOT

ALL OF THE FORMS THAT YOU REQUESTED. I HOPE THAT WE CAN TAKE THIS SERIOUS MATTER TO

COURT. SINCE I FILED ON MEDICAL THEY BEEN RETALIATING AGAINST ME BY TAKING ME OFF THE

DUCAT LIST FOR MY PHYSICAL THERAPHY  WHICH IS ORDERED BY MY SERGEON THAT DID THE SUR-

GERY. I WAS NOT DUCATED FOR MY PHYSICAL THERAPY FOR 4-23-08, OR 4-25-08. I HAD CALL

THE PHYSICAL THERAPIST AND HE SAID THAT THEY WERE RUNNING ADSEC,WHICH IS A HOLE DI-

FFRENT PROUBLEM AND DOES NOT HAVE ANYTHING TO DO WTIH ME GOING TO MY PHYSICAL THERAPY. I

HOPE THAT WE CAN SOLVE THIS PROUBLEM WITH MEDICAL. I HOPE TO HEAR OR SEE YOU SOON. MY

CASE NO# IS :CV 08 1494. I DID SENT ALL THE PAPERS THAT YOU REQUESTED ON YOUR LAST RE-

SPONSE,I HOPE THAT EVERYTHING WAS RECEIVED IN ORDER.I HOPE TO HERE FROM YOU SOON..

MY RETURN ADDRESS IS:   MICHAEL V. ZACARIAS T-48382
                        P.O.BOX 705 W/A  212
                        SOLEDAD CA, 93960-0705


                              SINSERELY,

                              MICHAEL V. ZACARIAS T-48382

                              4-27-08

1    DEAR, COURTS.

2    IM WRITING THIS LETTER TO INFORM YOU THAT I SENT YOU ALL
     THE FORMS THAT YOU REQUESTED.I HOPE THAT YOU RECEIVED EV-
3    ERYTHING IN ORDER.,AND IF THERE IS ANYTHING ELSE THAT YOU
     NEED TO FEEL FREE TO WRITE BACK TO ME.I NEED YOU TO GIVE
4    ME CONFIMATION THAT YOU RECEIVED EVERYTHING THAT YOU ASK
     FOR.PLEASE LET ME KNOW IF ANYTHING WAS MISSING OR IF THE
5    LETTER IN ANY WAY WAS TAMPERED WITH.I HOPE THAT WE CAN
     TAKE THIS MATTER TO COURT AND PROSECUTE THESE PEOPLE IN
6    COURT,THIS WAS WAYOVER DUE TO THIS MATTER.I SENT YOU AN-
     OTHER 1983 FORM SO PLEASE LET ME KNOW IF YOU RECEIVED IT.
7    THIS IS MY RETURN ADDRESS:
     MICHAEL V.ZACARIAS T-48382
8    P.O.BOX 705 WA/212
     SOLEDAD CA,93960-0705
9

10

11                                    SINCERELY,
                            MICHAEL V. ZACARIAS
12

13

14                          4·27·08

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONFIDENTIAL

M. ZACARIAS #T-82382
P.O. BOX 705. WA. 213
SOLEDAD CA. 93960-0705

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102





JURY DUTY
SERVE WITH PRIDE
USA 41