FILED
APR 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

PJH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL V. ZACARIAS )
             )
   vs.       ) CV 08   2258
       Plaintiff, ) CASE NO. _____
MR. KESSLER  )
B. CURRY     ) PRISONER'S
W. COHEN  J. STENNER ) APPLICATION TO PROCEED
G. ORTIZ     ) IN FORMA PAUPERIS
J.L. SARELI  )                    (PR)
A.E. ROBERTS Defendant. )

I, **MICHAEL .V ZACARIAS**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                    Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____**NONE**_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____
4  _____SELF  EMPLOYEED_____
5  _____
6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8      a.   Business, Profession or                        Yes ____ No __X__
9           self employment
10     b.   Income from stocks, bonds,                     Yes ____ No __X__
11          or royalties?
12     c.   Rent payments?                                 Yes ____ No __x__
13     d.   Pensions, annuities, or                        Yes ____ No __X__
14          life insurance payments?
15     e.   Federal or State welfare payments,             Yes ____ No __X__
16          Social Security or other govern-
17          ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.  Are you married?                                   Yes ____ No __X__
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____  Net $_____
27  4.   a.   List amount you contribute to your spouse's support:$ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

```
 1          and indicate how much you contribute toward their support. (NOTE: For minor
 2          children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
 3    _____
 4    _____NONE_____
 5    5.    Do you own or are you buying a home?          Yes ____ No __X__
 6    Estimated Market Value: $_____ Amount of Mortgage: $_____
 7    6.    Do you own an automobile?                     Yes ____ No __X__
 8    Make _____ Year _____ Model _____
 9    Is it financed? Yes _____ No _____ If so, Total due: $ _____
10    Monthly Payment: $ _____
11    7.    Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)
12    Name(s) and address(es) of bank: _____
13    _____
14    Present balance(s): $ _____
15    Do you own any cash? Yes ____ No __X__ Amount: $ _____
16    Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17    market value.) Yes ____ No __X__
18    _____
19    8.    What are your monthly expenses?
20    Rent: $ _____NONE_____ Utilities: _____NONE_____
21    Food: $ _____NONE_____ Clothing: _____NONE_____
22    Charge Accounts:
23    Name of Account              Monthly Payment              Total Owed on This Acct.
24    _____ $ _____ $ _____
25    _____ $ _____NONE_____ $ _____
26    _____ $ _____ $ _____
27    9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
28    they are payable. Do not include account numbers.)
```

**I OWE THE COURT $798.⁰⁰**

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes _X_ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.   UNITED STATES DISTRICT COURT
                               NORTHERN DISTRICT OF CALIFORNIA
B.CURRY   W.COHEN   G.ORTIZ   J.L.SARELI   A.E. ROBERTS
I DO NOT HAVE THE CASE NUMBER YET.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-27-08

DATE                         SIGNATURE OF APPLICANT