UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL V. ZACARIAS

VS.

CDC PRISON CTF

CASE NO. CV 08 2258 PJH (PR)

E-filing

MOTION TO GRANT CTF TO GIVE ME COPIES OF MY TRUSTACCOUNT FOR SIX MONTHS. AND FOR IT TOBE CERTIFY FROM THE CTF PRISON

I MICHAEL V. ZACARIAS T-48382, GRANT THE COURTS PERMISSION TO GET THE COPIES OF MY TRUST ACCOUNT CERTIYED FROM CTF PRISON. DUE TO THE FACT THAT IM HAVING TROUBLE WITH THE STAFF IN THE OFFICE OF THE TRUST ACCOUNT AT CTF THAT THEY DO NOT WANT TO RELEASE THEM TO ME...WITH THIS LETTER I GIVE THE COURTS FULL ACCESS AND PERMISSION TO ASK THE TRUST ACCOUNT OFFICE AT CTF PRISON TO GET THE COPIES FOR CASE NO.. _____ TO COMPLETE THE REQUEST OF THE COURTS.

SINCERELY,

MICHAEL V. ZACARIAS #T-48382

*[signature]*

4·27·08