5-28-08

FILED
08 MAY 29 PM 2:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

DEAR COURTS

I AM WRITING TO YOU TO LET YOU KNOW THAT I MOVE TO A NEW PRISON AND MY NEW ADDRESS IS: MICHAEL V. ZACARIAS #T-48382 P.O. BOX 3535. DORM 205 47L NORCO CA. 92860-0991 THAT WAY ALL PAPER WORK WILL HAVE NO PROBLEM GETTING TO ME. I HAVE 3 CASES WITH YOU NOW, THEY ARE CV·08·2258, CV·08·2182 AND CV·08·1494, I HOPE WITH ME LETTING YOU KNOW THIS WILL STRAIGHTING OUT MY LEGAL MAIL WITH YOU. DUE TO THE FACT THAT THEY MADE ME MOVE AT A UN-KNOW NOTICE. I WILL MAKE & SEND YOU THE FORMS THAT CTF DID NOT WANT TO ACCEPT TO GET CERTIFYIED. I HOPE TO HEAR FROM YOU SOON. I NEED TO GET MORE TIME TO GET THESE FORMS DONE DUE TO MY UN-NOTICE MOVE THANK YOU FOR YOUR TIME

RESPECTFULY SUBMITTED

M. ZACARIAS #F.48382
P.O. BOX 3535 · DORM 205/47L
NORCO, CALIF 92860 · 000

MAIL GENERATED FROM
CA REHAB CENTER
CRC STATE PRISON

$ 00.42⁰
MAY 27 2008
MAILED FROM ZIP CODE 92860
02 1M
00042227 68

SANTA ANA, CA 927

U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102

LEGAL
CONFIDENTIAL
MAIL

9410230661 C004