United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL V. ZACARIAS,

        Plaintiff,

  vs.

Mr. KESSLER, et al.,

        Defendants.

                                         /

No. C 08-2258 PJH (PR)

**ORDER EXTENDING TIME TO COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS**

     Plaintiff's letter asking for more time to file a complete his in forma pauperis application (document 5 on the docket) is **GRANTED**. Plaintiff shall file the missing certificate of funds and copy of his prisoner account transactions by July 7, 2008.

     Plaintiff has also filed a "Motion to Grant CTF to Give Me Copies of My Trust Account for Six Months and for it to Be Certif[ied] from the CTF Prison." Because he has been transferred to another prison, the (document number 3) is **DENIED** as moot.

     **IT IS SO ORDERED.**

Dated: June 17, 2008.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

G:\PRO-SE\PJH\CR.08\ZACARIAS2258.EXT-IFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL V ZACARIAS,

        Plaintiff,

  v.

KESSLER et al,

        Defendants.

Case Number: CV08-02258 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael V Zacarias T-48382
Dorm 205 47L
P.O. Box 3535
Norco, CA 92860-0991

Dated: June 17, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk