Case 3:08-cv-02258-PJH    Document 7    Filed 06/19/2008    Page 1 of 4

E-filing

FILED
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAR, CLERK

IM WRITING TO YOU FOR THE 2ND TIME THAT I HAVE CHANGED MY ADDRESS AND THAT I HAVE SENT YOU A LETTER ALREADY ON THE MONTH OF MAY 2008 RIGHT AFTER I GOT TO CRC PRISON. THIS IS THE 2ND LETTER THAT IM WRITING TO YOU TO INFORM YOU THAT I TRANSFERED TO HERE. I ALREADY SENT YOU AND GAVE THE FORMS TO THE TRUST ACCOUNT OFFICE SO THAT WAY WE COULD GET THESE MATTERS UNDER WAY. I HAVE THE COPIES OF THE FORMS AND THE DATE AND TIME, AND THE SIGNATURE OF THE (CC)S THAT TOOK THE FORM TO THE TRUST ACCOUNT OFFICE. SO THAT WAY YOU MAY RECEIVE ALL THE FORMS THAT YOU REQUESTED. THATS WHY I FILED A (1983) AGAINST THE PRISON, DUE TO THE CORRUPTION IN THE ADMINISTRATION. I HAVE ALL THE PROOF YOU NEED BUT DUE TO THE TAMPERING OF THE MAIL. I WILL NOT TAKE THE CHARGE OF SENDING YOU THE COPIES

AGAIN TO HAVE THEM LOST AGAIN. SEND ME PROOF THAT YOU RECEIVED ALL THE FORMS AND MY LETTERS. MY NEW ADDRESS:

M. ZACACUS # T-48382
P.O. BOX 3535 DORM 205 #47 LOW
NORCO CALIF 92860-0991

THIS IS MY NEW ADDRESS, I AM NOT AT CTF ANY MORE. AND AS TO YOUR RESPONSE TO CASE NO. CV-08-1494. THE IN FORMA PAUPERIS THAT WAS GIVEN TO CCI CHAMBERLAIN TO TAKE TO THE ACCOUNT OFFICE SO YOU COULD RECEIVE A CERTIFIED COPY OF MY ACCOUNT WAS GIVEN TO HIM CCI ON 5-5-08 YOU SHOULD HAVE RECEIVE IT A LONG TIME AGO. LET ME KNOW. I NEED YOU TO SEND SOME-ONE IN YOUR OFFICE OVER HERE TO SHOW YOU THE PROOF SEND ME CONFERMATION THAT YOU RECEIVED THIS LETTER

RESPECTFULLY
SUBMITTED



MAIL GENERATED FROM
CA REHAB CENTER
CRC STATE PRISON

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.00⁰
MAR 10 2008
ZIP CODE 92860
02 1M
0000422768
MAILED FROM ZIP CODE 92860

RECEIVED
JUN 19 PM 12: 17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

search

LEGAL MAIL CONFIDENTIAL