RECEIVED FILED 8-17-08
AUG 20 2008   AUG 20 2008   C08-2258 PJH
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO WHOM IT MAY CONCERN,

IN RESPONSE TO YOUR LETTER I AM ASKING YOU'S TO REVIEW MY SITUATION. I'M IN PRISON AND DO NOT HAVE ADEQUATE ACCESS TO A LAW LIBRARY. AND NOW THAT THEY MOVED ME TO (CRC), THEY HAVE BEEN OBSTRUCTING MY DUE PROCESS TO THE COURTS. I AM ASKING THE COURTS TO APPOINT ME A LAWYER TO REPRESENT ME IN COURTS FOR THIS MATTER. DUE TO MY BACK INJURY AND NO MONEY IN MY ACCOUNT I AM UNABLE TO REPRESENT MYSELF. I HOPE THAT I DO MAKE IT TO COURT FOR ALL MY CASE'S THAT I HAVE WITH YOU'S. DUE TO THE FACT THAT THESES ARE SERIOUS CIVIL RIGHTS VIOLATIONS THAT ARE BEING COMMITED BY THE ADMINISTRATION AND SOMETHING HAS TO BE DONE ABOUT IT. I HOPE TO HEAR FROM YOU'S SOON.

SINCERELY
[signature]

← SEE BACK →

MY NEW ADDRESS IS:
  MICHAEL V. ZACARIAS #T-48382
  DORM 212 #05L
  P.O. BOX 3535
  NORCO CALIF
         92860-0991

M. Zacarias #T-46382
DORM 212 # 05L
P.O. BOX 3535
NORCO, CA 92860-0991

LEGAL
CONFIDENTIAL
MAIL



MAIL GENERATED FROM CA 927
CA REHAB CENTER
CRC STATE PRISON

9410 2+3661 C004

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco Calif
94102

LEGAL CONFIDENTIAL MAiL

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

© USPS 2008